| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rakan S. Armout<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4459<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 25–20275–SLM | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rakan S. Armout
aka Rakan Samer Nebi Armout

1/16/26

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-20275-SLM |
| Rakan S. Armout | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 16, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rakan S. Armout, 93 Riverview Ave, North Arlington, NJ 07031-6126 |
| 520828133 | + | A&S PACKERS AND MOVERS LLC, 125 Broad Avenue, North Bergen, NJ 07047-1428 |
| 520828142 | + | EOM Advance LLC, 325 Division Ave Ste 201, Brooklyn, NY 11211-7348 |
| 520828144 | + | Flgstar/Gsky, 5565 Glenridge Connector, Atlanta, GA 30342-4756 |
| 520843659 | + | GREEN VALLEY, 1019 AVENUE P, SUITE 401, BROOKLYN, NY 11223-2366 |
| 520828145 | + | Green Valley, 235 Demott Avenue, Clifton, NJ 07011-3738 |
| 520828148 | + | Rickin Desai Law P.C., 235 Demott Avenue, Clifton, NJ 07011-3738 |
| 520828149 | + | Samer N. Armout, 93 Riverview Ave, North Arlington, NJ 07031-6126 |
| 520828152 | + | TD Bank Na, Po Box 71466, Philadelphia, PA 19176-1466 |
| 520828154 | | Usbank, Attn Consumer Bureau Mgmt Dept, PO Box 21844, Oshkosh, WI 54903 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 16 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 16 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520828135 | + | EDI: BANKAMER | Jan 17 2026 01:30:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520828136 | + | EDI: CAPITALONE.COM | Jan 17 2026 01:30:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520828137 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520828138 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Citibank, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 520828139 | ^ | MEBN | Jan 16 2026 20:44:52 | Coastl/Prosp, 221 Main Street, San Francisco, CA 94105-1906 |
| 520828140 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 16 2026 20:56:00 | Creditone Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520828141 | + | Email/Text: bk@dfogelpc.com | Jan 16 2026 20:52:00 | David Fogel, Esq., 1225 Franklin Avenue Suite 201, Garden City, NY 11530-1890 |
| 520828143 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 16 2026 20:51:00 | Fb&T/Mercury, Po Box 84064, Columbus, GA 31908-4064 |
| 520828146 | + | EDI: IRS.COM | Jan 17 2026 01:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520828147 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Macys/Cbna, Po Box 6789, Sioux Falls, SD |

Case 25-20275-SLM    Doc 13    Filed 01/18/26    Entered 01/19/26 00:15:26    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6789 |
| 520857461 | + | Email/Text: emiller@northmillef.com | Jan 16 2026 20:52:00 | North Mill Credit Trust, 601 Merritt 7 - Suite 5, Norwalk, CT 06851-1097 |
| 520872948 | + | Email/Text: emiller@northmillef.com | Jan 16 2026 20:52:00 | North Mill Credit Trust, Attn: Nadine E. Reighn, 601 Merritt 7, Suite 5,, Norwalk, CT 06851-1097 |
| 520828150 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 16 2026 20:51:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520828151 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jan 16 2026 20:52:00 | Stellantis, 3065 Akers Mill Rd Se, Atlanta, GA 30339-3124 |
| 520828152 | ^ | MEBN | Jan 16 2026 20:45:10 | TD Bank Na, Po Box 71466, Philadelphia, PA 19176-1466 |
| 520828153 | + | EDI: CITICORP | Jan 17 2026 01:30:00 | Thd/Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520828155 | + | EDI: AGFINANCE.COM | Jan 17 2026 01:30:00 | WebBank/Om, Po Box 3316, Evansville, IN 47732-3316 |
| 520828156 | + | Email/Text: bk@avant.com | Jan 16 2026 20:53:00 | Webbankavant, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520828134 | *+ | A&S Packers and Movers LLC, 125 Broad Avenue, North Bergen, NJ 07047-1428 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nancy Isaacson | nisaacson@greenbaumlaw.com isaacson@remote7solutions.com;J101@ecfcbis.com |
| Rahaf Alrehaili | on behalf of Debtor Rakan S. Armout ralrehaili@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;pevangelista@scura.com;jromero@scura.com;amurphy@scura.com;dwoody@scura.com;spereyra@scura.com;vmajano@scura.com;nrincon@scura.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3